TREVOR L. ATKIN
Nevada Bar No. 3133
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
Attorneys for Mercury Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LINDA CARAMELLO,<br><br>    Plaintiff,<br><br>vs.<br><br>MERCURY CASUALTY COMPANY; and DOES I through X, inclusive,<br><br>    Defendants. | CASE NO.: 2:12-cv-01746<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

    IT IS HEREBY STIPULATED by and between Steven Burris, attorney for the Plaintiff, LINDA CARAMELLO, and Trevor L. Atkin, attorney for Defendant, MERCURY INSURNANCE COMPANY that the Plaintiff's Complaint be dismissed with prejudice, each party to bear their own costs and attorney's fees.

    IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

. . .

. . .

. . .

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

DATED this ___1___ day of ~~February~~ Mar, 2013.

ATKIN WINNER & SHERROD

_____(8735) For_____
Trevor L. Atkin
Nevada Bar No. 3133
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant Mercury Insurance Company

LAW OFFICES OF STEVEN M. BURRIS

_____
Steve Burris
Nevada Bar No. 0603
2810 W. Charleston Blvd., Suite F-58
Las Vegas, NV 89102
Attorneys for Plaintiff Linda Caramello

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

Dated this 15th day of March, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

ATKIN WINNER & SHERROD, LTD.

_____
Trevor L. Atkin
Nevada Bar No. 3133
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

Case No.: 2:12-cv-01746